```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
MANUEL RIVERA,                      1:19-cv-14023(NLH)

          Petitioner,               MEMORANDUM OPINION & ORDER

     v.

WARDEN DAVID ORTIZ, et al.,

          Respondents.
```

**APPEARANCES**:

Manuel Rivera
19639-054
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner pro se

Craig Carpenito, United States Attorney
John Francis Basiak, Assistant U.S. Attorney
U.S. Attorney's Office
402 E. State Street, Room 430
Trenton, NJ 08608

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Manuel Rivera filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on June 17, 2019, see ECF No. 1; and

    WHEREAS, the petition sought relief from the imposition of lifetime special parole, id.; and

WHEREAS, the United States has moved to dismiss the petition for lack of jurisdiction, see ECF No. 7; and

WHEREAS, Petitioner filed a letter with the Court on March 16, 2020 asking the Court to dismiss this action as moot because the "Hon. Paul A. Crotty of the Southern District of New York granted [his] long ago filed Motion to Reconsider thereby vacating the imposition of limetime [sic] special parole." ECF No. 8. "Because that is the sole relief I sought in the opening Petition, the issue before the Court is now moot." Id.; and

WHEREAS, the United States has not filed anything with the Court suggesting the Court should not dismiss the case as moot,

THEREFORE, IT IS on this ___5th___ day of June, 2020

ORDERED that the motion to dismiss, ECF No. 7, is dismissed as moot; and it is further

ORDERED that the petition, ECF No. 1, is dismissed as moot at the request of the Petitioner; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail and mark this case closed.

At Camden, New Jersey

                                           s/ Noel L. Hillman
                                           NOEL L. HILLMAN, U.S.D.J.